# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **INITIAL APPEARANCE** on Criminal Complaint |
| v. | |
| **HEBER TZOY-TZOY** | CASE NUMBER **25-mj-89** |

| | |
|---|---|
| HONORABLE WILLIAM E. DUFFIN, presiding | Court Reporter: Liberty |
| Deputy Clerk: Linda M. Zik | Hearing Began: 2:01 p.m. |
| Hearing Held: June 10, 2025 at 2:00 p.m. | Hearing Ended: 2:06 p.m. |

**Appearances:**

UNITED STATES OF AMERICA by: Porchia Lewand for Margaret B. Honrath
HEBER TZOY-TZOY, in person, and by: Gabriela Leija    ☐ CJA ☑ FDS ☐ RET
U.S. PROBATION OFFICE by: Joseph Werner
INTERPRETER: ☑ None ☐ Sworn

☐ Defendant consents to proceed via video
☑ Defendant advised of rights
☐ Court orders counsel appointed
  ☐ Defendant to reimburse at $ Amount per month
☑ Defendant advised of charges, penalties, and fines
☑ Counsel advised of *Brady v. Maryland* requirements (*See* Order below)
☐ Preliminary Hearing/Arraignment and Plea set for Date at Time

Maximum Penalties:
15 years Imprisonment; $250,000 Fine; 3 years Supervised Release; $100.00 Special Assessment

Defendant is ordered temporarily detained for a maximum of: ☑ 3 days
Detention Hearing set for:    **June 11, 2025 at 2:30 p.m.**

**IT IS HEREBY ORDERED** that as required by Federal Rule of Criminal Procedure 5(f), the court **ORDERS** that the government must produce all exculpatory information to the defendant(s) as required by *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny. Failure to comply with this order in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings.